JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO,<br><br>Plaintiff,<br><br>vs.<br><br>AMUSEMENT INDUSTRY C-VII LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:20-cv-07471 RSWL (MAAx)**<br>Hon. Ronald S. W. Lew<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

    IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs, with the Court to retain jurisdiction up until February 05, 2021.

    IT IS SO ORDERED.

DATED: January 6, 2021            __/S/ RONALD S.W. LEW_____
                                                   United States District Court Judge